## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: <br> Rodney L Hettinger and Kimberly K Hettinger | Bankruptcy No: <br> 19–01165 |
| Debtor(s). | Chapter 7 |
| South Central State Bank <br> *Plaintiff(s)* | Adversary No. 20–09052 |
| vs. | |
| Rodney L. Hettinger <br> and Kimberly Hettinger <br> *Defendant(s)* | |

## NOTICE SETTING TELEPHONIC HEARING
## ON DEFENDANTS' MOTION TO DISMISS COMPLAINT (DOC. 8)

TO:

| | |
|---|---|
| Johannes (John) H. Moorlach, Attorney for Plaintiff(s) | 515–246–5501 |
| Francis Wm. Henkels, Attorney for Defendant(s) | 563–556–4060 |
| United States Trustee | |
| G. Mark Rice, Attorney for Plaintiff | 515–246–5558 |

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

*January 8, 2021 at 01:30 PM*

***ATTORNEY FOR MOVANT IS TO INITIATE THE TELEPHONE CALL.*** Parties should be ready and available to accept said call. The telephone number for Chambers is 319–286–2230.

*NOTE:* THIS HEARING WILL BE DIGITALLY RECORDED.

SHARON K. MULLIN
Clerk, Bankruptcy Court
by:

*/s/ Danielle Cripe*

Date: December 9, 2020

Deputy Clerk
111 Seventh Avenue SE #15
Cedar Rapids, IA 52401–2101